# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

156858 & (46)

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

ALEXANDER ROBERT SPITZER,
    Plaintiff-Appellant,

v

JAY ABRAMSON, ABRAMSON LAW
OFFICES, PLLC, MICHAEL BRYCE
WINNICK d/b/a LAW OFFICE OF
MICHAEL BRYCE WINNICK,
    Defendants-Appellees.

SC: 156858
COA: 333158
Oakland CC: 2015-145126-NM

_____/

On order of the Court, the application for leave to appeal the October 24, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to strike is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



a1126

Clerk